**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  25-80249-CIV-SMITH**

SHALONDA LATRICE
MCCLOUD GARRETT,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Report and Recommendation (the "Report") [DE 23] of the Honorable Ellen F. D'Angelo, U.S. Magistrate Judge, on Cross-Motions for Summary Judgment [DE 17] and [DE 18].  In her thorough and well-reasoned Report, the Honorable D'Angelo recommends that: Plaintiff's Motion for Summary Judgment be **DENIED**, and that Defendant's Cross Motion for Summary Judgment be **GRANTED**. Plaintiff filed objections to the Report [DE 24], essentially repeating her initial arguments to the Magistrate Judge.  Defendant filed a response to the objections [DE 25].

A district court may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with."  *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3).  Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having considered the Honorable D'Angelo's Report, Plaintiff's objections thereto, and having conducted a *de novo* review of the record, agrees with Magistrate D'Angelo's well-reasoned analysis and her recommendations.  Accordingly, it is

**ORDERED** that:

1)      The Report and Recommendation [DE 23] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)      Plaintiff's Motion for Summary Judgment [DE17] is **DENIED**.

3)      Defendant's Cross Motion for Summary Judgment [DE 19] is **GRANTED**.

4)      Plaintiff's Objections are **OVERRULED**.

5)      This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 19th day of March, 2026.

RODNEY SMITH
**UNITED STATES DISTRICT JUDGE**

cc:  All counsel of record